NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1357

DELAWARE VALLEY FLORAL GROUP, INC.,
(formerly known as Flower Transfers, Inc. and Delaware Valley Wholesale Florist, Inc.)
and ESPRIT MIAMI, INC.,

Plaintiffs-Appellees,

and

SUPERIOR FLORALS, INC.,

Plaintiff-Appellee,

and

CHOICE FARMS CORP.,

Plaintiff-Appellee,

and

CONTINENTAL FARMS, LLC and CONTINENTAL FLOWERS, INC.,

Plaintiff-Appellee,

and

OLAMOR FLOWERS, INC.,

Plaintiff,

v.

SHAW ROSE NETS, LLC and KENNETH P. SHAW,

Defendants-Appellants.

Appeal from the United States District Court for the Southern District of Florida
in case no. 07-CV-20199, Judge Adalberto Jordan.

ON MOTION

O R D E R

Steven I. Peretz and Kluger, Peretz, Kaplan & Berlin, P.I. move to be withdrawn from the court's docket sheet and service list because they no longer represent Olamor Flowers, Inc.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)     The motion is granted and the movants will be removed from the court's docket sheet and service list.

(2)     The revised official caption is reflected above to indicate that Olamor Flowers, Inc. is not participating in the appeal.  If Olamor Flowers, Inc. intends to participate as an appellee in this appeal, new counsel must promptly enter an appearance.  A corporation may not proceed in this court unless represented by counsel.

(3)     Peretz is directed to provide a copy of this order to Olamor Flowers, Inc. at its last known address.

FOR THE COURT

AUG 1 9 2009
_____
Date

/s/ Jan Horbaly_____
Jan Horbaly
Clerk

cc:     Steven Robert Reininger, Esq.
        Ury Fischer, Esq.
        James A. Gale, Esq.
        Steven I. Peretz, Esq.
        Ted H. Bartlestone, Esq.
        Rhett Treband, Esq.
s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 1 9 2009

JAN HORBALY
CLERK

2009-1357                    - 2 -